IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, As Personal Representative
of the ESTATE OF DOROTHY M. DUGGINS,

    Plaintiff,

v.                                            Case No. 1:20-cv-01083-KG-LF

LIFE CARE CENTERS OF AMERICA, INC.,
LIFE CARE CENTER OF FARMINGTON,
PHILLIP NICKSE, in his Individual and Official
Capacities, FARMINGTON OPERATIONS, LLC,

    Defendants.

### ORDER ON UNOPPOSED MOTION TO EXTEND DEADLINES TO DEFENDANTS' MOTION TO DISMISS

This Court, having considered Plaintiff's Unopposed Motion to Extend Deadlines for Defendants' Motion to Dismiss, finds the Motion well taken and it is hereby Ordered that the extension of time is GRANTED.

If the Motion to Remand is denied, Plaintiff's Response to Defendants' Motion to Dismiss must be filed within fourteen (14) days following this Court's order denying remand on Plaintiff's Motion to Remand if this Court denies Plaintiff's Motion.

Defendants' Reply in support of its Motion to Dismiss must be filed within thirty (30) days following Plaintiff's Response.

If Plaintiff's Motion for Remand is granted, the issue will be moot as the Court will have no jurisdiction, and therefore no Response or Reply will be required.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

FADDUOL, CLUFF, HARDY & CONAWAY, P.C.

*/s/ Carlos E. Sedillo*
Joshua K. Conaway
Carlos E. Sedillo
3301 San Mateo Boulevard
Albuquerque, New Mexico 87110
Telephone: 505.243.6045
Facsimile: 505.243.6642
jconaway@fchclaw.com
csedillo@fchclaw.com

Nichole Henry
WHITENER LAW FIRM PA
4110 Cutler Avenue NE
Albuquerque, New Mexico 87110-3896
Telephone: 505.242.3333
Fax: 505.242.3322
nichole@whitenerlaw.com

*ATTORNEYS FOR PLAINTIFF*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

*Approved via e-mail on 02/24/2020*
Jeffrey M. Croasdell
Sandra L. Beerle
Denise M. Chanez
Jose R. Blanton
Patrick a. Coronel
Angelica M. Lopez
P.O. Box 1888
Albuquerque, New Mexico 87103
Telephone: 505.765.5900
jcroasdell@rodey.com
sbeerle@rodey.com
dchanez@rodey.com
jblanton@rodey.com
pcoronel@rodey.com
alopez@rodey.com
*Attorneys for Defendants*