IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, *As Personal Representative of the*
ESTATE OF DOROTHY M. DUGGINS,

      Plaintiff,

v.                                        CIV 20-1083 KG/LF

LIFE CARE CENTERS OF AMERICA, INC.,
LIFE CARE CENTER OF FARMINGTON,
PHILLIP NICKSE, *in his Individual and Official Capacities*,
and FARMINGTON OPERATIONS, LLC,

      Defendants.

## ORDER OF REMAND

In a Memorandum Opinion and Order filed contemporaneously with this Order, the Court granted Plaintiff's Motion to Remand. (Doc. 6). For the reasons given therein, the Court REMANDS this case to the First Judicial District Court, County of Santa Fe, State of New Mexico.

IT IS SO ORDERED.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE